■ CHILI HINCHEY PLAZA PARTNERSHIP, by DANIEL R. BICKEL, as Receiver, Appellant, v STATE OF NEW YORK, Respondent. [836 NYS2d 481]—Appeal from a judgment of the Court of Claims (Philip J. Patti, J.), entered April 25, 2006. The judgment awarded claimant, after a nonjury trial, damages in the amount of $106,038.52 resulting from the appropriation of certain premises.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Smith, Centra, Lunn and Fahey, JJ.